UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ATLANTIC MUTUAL INSURANCE CO. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| vs. | ) | 3:07-CV-250-H |
| | ) | |
| | ) | |
| MICHAEL YATES | ) | |
| | ) | |
| Defendant | ) | |

**Electronically Filed**

## MOTION TO CERTIFY QUESTIONS TO KENTUCKY SUPREME COURT

\* \* \* \* \* \* \*

Comes the Plaintiff, by counsel, and moves the Court to certify the following questions to the Kentucky Supreme Court:

1. Whether Kentucky law will reform a policy to impute uninsured motorist coverage in an umbrella insurance policy or coverage in the absence of a signed waiver by the insured.

2. Whether an insurer is bound by its Rate and Rule filings with the Kentucky Department of Insurance, and more specifically, whether Atlantic Mutual fulfilled its stated obligation to provide uninsured motorist coverage equal to the amount of the liability limits or to notify the insured of the availability of the same.

3. What constitutes an actuarially appropriate premium and whether the premium Atlantic Mutual charged in this case was actuarially appropriate and an acceptable "per policy" premium under Kentucky law.

A Memorandum of Law in Support of the Motion is attached hereto.

                                      Respectfully Submitted,

                                      /s/ Chadwick N. Gardner
                                      CHADWICK N. GARDNER
                                      1916 Kentucky Home Life Building
                                      239 South Fifth Street
                                      Louisville, KY 40202
                                      (502) 583-2423
                                      *COUNSEL FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

      It is hereby certified that a true and correct copy of the foregoing was served electronically thru the United States District Court on this the 28th day December, 2009, to the following:

Michael P. Casey
CASEY BAILEY & MAINES, PLLC
250 W. Main St., Ste 2000
Lexington, KY 40507
*COUNSEL FOR PLAINTIFF*

                                      /s/ Chadwick N. Gardner